# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

IN RE:                                                                                          CASE NO. 10-15474
ANGELA A. FIGGS-ZACKERY

DEBTOR(S)

## CERTIFICATE OF SERVICE

    I hereby certify that on April 18, 2015 a copy of the foregoing Certification of Final Payment - Discharge was served on the registered ECF participants listed on the attached list, **electronically** through the court's ECF System at the email address registered with the court.

    I further certify that on April 17, 2015 a copy of the foregoing notice was mailed by US First-Class mail, postage prepaid and properly addressed to the recipients on the attached list.

/s/ Margaret A. Burks
Margaret A. Burks

IN THE UNITED STATES BANKRUPTCY COURT     bknotice
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
ANGELA A. FIGGS-ZACKERY                         CASE NO. 10-15474
1743 HOLLOWAY AVENUE                            CHAPTER 13
CINCINNATI, OH  45207                           JUDGE BETH A. BUCHANAN

   Debtor
   SSN(1) XXX-XX-1053

---

### CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
### AND CASE HISTORY ELIGIBLE FOR DISCHARGE

---

The above case having been completed on Apr 09, 2015, the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.

Bankruptcy Rule 1007 (b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management, prepared as prescribed by the appropriate official form.  The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of discharge.

**Within twenty one (21) days of the filing of this Chapter 13 Trustee's Certification of Final Payment and Case History, debtors shall file with the Court the "Debtor(s)' Certification Regarding Issuance of Discharge Order". The form can be viewed on the Trustee's website at www.13network.com .**

1. The case was filed on Aug 09, 2010 and confirmed on Oct 19, 2010. The case is submitted for closing as COMPLETED.
2. The amount paid to the Trustee by or on behalf of the debtor(s) was $7,124.01.

3. The Trustee made disbursements to the creditor(s) listed below:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| 401 K LOAN | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0001 COMMENT: 401 K | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMUNITY HOME FINANCIAL SERVICES | DIRECT PAY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0002 COMMENT: 2ND MORT | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| WELLS FARGO BANK | DIRECT PAY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0003 COMMENT: 1ST MORT | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| ARROW FINANCIAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0004 | Dividend Paid: 80.00% | Interest Rate: .00% | | | |
| ASPIRE VISA | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0005 | Dividend Paid: 80.00% | Interest Rate: .00% | | | |
| BETHESDA HOSPITAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0006 | Dividend Paid: 80.00% | Interest Rate: .00% | | | |
| BETHESDA HOSPITAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0007 | Dividend Paid: 80.00% | Interest Rate: .00% | | | |
| CBCS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0008 | Dividend Paid: 80.00% | Interest Rate: .00% | | | |
| CINCINNATI HEMATOLOGY ONCOLOGY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0009 | Dividend Paid: 80.00% | Interest Rate: .00% | | | |
| EAGLE FINANCE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0010 | Dividend Paid: 80.00% | Interest Rate: .00% | | | |
| EOS CCA | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0011 | Dividend Paid: 80.00% | Interest Rate: .00% | | | |
| ERROL STERN, MD | UNSECURED CREDITOR | $922.09 | $737.67 | $0.00 | $0.00 |
| Clm #: 0012 | Dividend Paid: 80.00% | Interest Rate: .00% | | | |
| FFCC-COLUMBUS INC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0013 | Dividend Paid: 80.00% | Interest Rate: .00% | | | |
| JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED CREDITOR | $296.89 | $237.51 | $0.00 | $0.00 |
| Clm #: 0014 | Dividend Paid: 80.00% | Interest Rate: .00% | | | |
| GOOD SAMARITAN HOSPITAL (TRIHEALTH) | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0015 | Dividend Paid: 80.00% | Interest Rate: .00% | | | |
| PORTFOLIO ACQUISITIONS, LLC | UNSECURED CREDITOR | $1,069.98 | $855.98 | $0.00 | $0.00 |
| Clm #: 0016 | Dividend Paid: 80.00% | Interest Rate: .00% | | | |
| JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED CREDITOR | $994.69 | $795.75 | $0.00 | $0.00 |
| Clm #: 0017 | Dividend Paid: 80.00% | Interest Rate: .00% | | | |
| JEWISH HOSPITAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0018 | Dividend Paid: 80.00% | Interest Rate: .00% | | | |
| K. WILLIAM KITZMILLER | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0019 | Dividend Paid: 80.00% | Interest Rate: .00% | | | |
| NORTHEAST RADIOLOGY, INC. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0020 | Dividend Paid: 80.00% | Interest Rate: .00% | | | |
| TRISTATE ORTHOPAEDIC TREATMENT CTR | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0021 | Dividend Paid: 80.00% | Interest Rate: .00% | | | |
| PROFESSIONAL RADIOLOGY INC. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0022 | Dividend Paid: 80.00% | Interest Rate: .00% | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED CREDITOR | $87.36 | $69.89 | $0.00 | $0.00 |
| Clm #:  0023 | Dividend Paid:  80.00% | Interest Rate:  .00% | | | |
| SENEX SERVICES CORPORATION | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0024 | Dividend Paid:  80.00% | Interest Rate:  .00% | | | |
| SENEX SERVICES CORPORATION | UNSECURED CREDITOR | $257.77 | $206.22 | $0.00 | $0.00 |
| Clm #:  0025 | Dividend Paid:  80.00% | Interest Rate:  .00% | | | |
| THE SWISS COLONY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0026 | Dividend Paid:  80.00% | Interest Rate:  .00% | | | |
| CHRIST HOSPITAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0027 | Dividend Paid:  80.00% | Interest Rate:  .00% | | | |
| TRISTATE ORTHOPAEDIC TREATMENT CTR | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0028 | Dividend Paid:  80.00% | Interest Rate:  .00% | | | |
| VANGUARD MEDICAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0029 | Dividend Paid:  80.00% | Interest Rate:  .00% | | | |
| JEFFERSON CAPITAL SYSTEMS | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0030 | Dividend Paid:  .00% | Interest Rate:  .00% | | | |
| BETHESDA HOSPITAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0031 | Dividend Paid:  80.00% | Interest Rate:  .00% | | | |
| TRI STATE URGENT CARE OF OAKLE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0032 | Dividend Paid:  80.00% | Interest Rate:  .00% | | | |
| OHIO HEART AND VASCULAR | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0033 | Dividend Paid:  80.00% | Interest Rate:  .00% | | | |
| NORTHEAST RADIOLOGY, INC. | UNSECURED CREDITOR | $225.92 | $180.74 | $0.00 | $0.00 |
| Clm #:  0034 | Dividend Paid:  80.00% | Interest Rate:  .00% | | | |
| SOUTHERN OHIO PATHOLOGY | UNSECURED CREDITOR | $152.64 | $122.11 | $0.00 | $0.00 |
| Clm #:  0035 | Dividend Paid:  80.00% | Interest Rate:  .00% | | | |
| OHIO GASTROENTEROLOGY & LIVER INSTITUTE | UNSECURED CREDITOR | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0036 | Dividend Paid:  80.00% | Interest Rate:  .00% | | | |
| COMMENT:  CLAIM FILED AS ZERO AMOUNT | | | | | |
| BETHESDA FAMILY PRACTICE | UNSECURED CREDITOR | $288.80 | $231.04 | $0.00 | $0.00 |
| Clm #:  0037 | Dividend Paid:  80.00% | Interest Rate:  .00% | | | |
| RJM ACQUISITIONS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0038 | Dividend Paid:  80.00% | Interest Rate:  .00% | | | |
| EMT | UNSECURED CREDITOR | $97.23 | $77.78 | $0.00 | $0.00 |
| Clm #:  0039 | Dividend Paid:  80.00% | Interest Rate:  .00% | | | |
| ATTORNEY GENERAL-STATE OF OHIO | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0040 | Dividend Paid:  80.00% | Interest Rate:  .00% | | | |
| OSU HEALTH SYSTEM ANESTESIA SERVICES | UNSECURED CREDITOR | $841.50 | $673.20 | $0.00 | $0.00 |
| Clm #:  0041 | Dividend Paid:  80.00% | Interest Rate:  .00% | | | |
| TRIHEALTH/BETHESDA HOSPITAL | UNSECURED CREDITOR | $377.00 | $301.60 | $0.00 | $0.00 |
| Clm #:  0042 | Dividend Paid:  80.00% | Interest Rate:  .00% | | | |
| CITY OF CINCINNATI | UNSECURED CREDITOR | $735.00 | $588.00 | $0.00 | $0.00 |
| Clm #:  0043 | Dividend Paid:  80.00% | Interest Rate:  .00% | | | |
| CREDIT SOLUTIONS, LLC | UNSECURED CREDITOR | $295.51 | $236.41 | $0.00 | $0.00 |
| Clm #:  0044 | Dividend Paid:  80.00% | Interest Rate:  .00% | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| CHARLES MIFSUDE, SPECIAL COUNSEL | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0045 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: OHIO STATE UNIVERSITY | | | | | |

4. Summary of Disbursements:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---|---|---|---|---|
| CLAIM AMT | $0.00 | $0.00 | $6,642.38 | $0.00 | $6,642.38 |
| PRIN. PAID | $0.00 | $0.00 | $5,313.90 | $0.00 | $5,313.90 |
| INT. PAID | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

5. Costs of Administration:

The clerk was paid $0.00 through the plan for the filing fee.
The debtor(s)' attorney was allowed $1,500.00 and was paid $1,500.00.
The Trustee was paid $276.51 pursuant to 11 U.S.C. 1302.
The Trustee was paid $10.97 for administrative notice fees.
The debtor(s) were charged $0.00 for NSF items.
Refunds to the debtor(s) and/or new trustee total $22.63.

6. When relief from stay is granted, or the claim has otherwise been paid, the claim balance due will be reflected as zero.

CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond.  Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor(s), and debtor(s)' attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid.  Creditors - No notice will be given of the filing of the Final Report as this notice is intended to comply with 11 U.S.C section 1302(b)(1).

MARGARET A. BURKS, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

NOTICE

IF A DEBTOR(S)' CERTIFICATION IS NOT TIMELY FILED, THIS CASE WILL BE CLOSED.  IF THE DEBTOR(s) SUBSEQUENTLY FILES A MOTION TO REOPEN TO ALLOW FOR THE FILING OF THE DEBTOR(S)' CERTIFICATION, THE DEBTOR MUST PAY THE FULL REOPENING FEE.

      Respectfully submitted,

/s/   Margaret A. Burks, Esq.
     Margaret A. Burks, Esq.
     Chapter 13 Trustee
     Attorney No. OH 0030377

     Francis J. DiCesare, Esq.
     Staff Attorney
     Attorney No. OH 0038798

     Guinevere D. O'Shea, Esq.
     Staff Attorney
     Attorney Reg No. OH 0086523

     600 Vine Street, Suite 2200
     Cincinnati, OH 45202
     (513) 621-4488
     (513) 621 2643 (Facsimile)
     mburks@cinn13.org - Correspondence only
     fdicesare@cinn13.org
     goshea@cinn13.org

United States Bankruptcy Court
Southern District of Ohio

In re:                                                                      Case No. 10-15474
ANGELA A. FIGGS-ZACKERY                                                     Chapter 13
        Debtor

## CERTIFICATE OF SERVICE

District/off: 0648-c          User: 454               Page 1 of 3           Date Rcvd: Apr 16, 2015
                              Form ID: COFPD          Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Noticing Center on
Apr 17, 2015.
```
db         +ANGELA A. FIGGS-ZACKERY,    1743 HOLLOWAY AVENUE,   CINCINNATI OH 45207-1735
4          +ARROW   FINANCIAL SERVICES, LLC,    5996 W. TOUHY AVE,   NILES IL 60714-4610
5           ASPIRE/TRIBUTE,   PO BOX 23007,    COLUMBUS GA 31902-3007
7           BETHESDA FAMILY PRACTICE,    PO BOX 633337,   CINCINNATI OH 45263-3337
8          +BETHESDA FAMILY PRACTICE,    1775 W. LEXINGTON, #100,   CINCINNATI OH 45212-3667
9          +BETHESDA FAMILY PRACTICE,    4411 MONTGOMERY RD #200,   CINCINNATI OH 45212-3144
10         +BETHESDA HOSPITAL,   PO BOX 20010,    CINCINNATI OH 45220-0010
11         +BETHESDA HOSPITAL, INC. TRI-HEALTH,    619 OAK STREET,   CINCINNATI OH 45206-1690
12         +CBCS,   PO BOX 163279,   COLUMBUS OH 43216-3279
13         +CINCINNATI HEMATOLOGY-ONCOLOGY, INC.,    2727 MADISON ROAD, #400,   CINCINNATI OH 45209-2271
14         +CITY OF CINCINNATI,   801 PLUM STREET,    ROOM 202,   CINCINNATI OH 45202-5705
15         +COMMUNITY HOME FINANCIAL SERVICES, INC,    PO BOX 24023,   DEPT 03008,   JACKSON MS 39225-4023
16         +CONTROLLED CREDIT,   3687 WARSAW,    CINCINNATI OH 45205-1744
17          CONTROLLED CREDIT,   PO BOX 5154,    CINCINNATI OH 45205-0154
18         +CREDIT SOLUTIONS LLC,    2277 THUNDERSTICK DR,   STE 400,   LEXINGTON KY 40505-9002
21         +EAGLE FINANCIAL SERVICES, INC.,    225 MAIN STREET, SUITE 100,   FLORENCE KY 41042-2062
19          EMT INC,   251 W LEXINGTON ROAD,    EATON OH 45320-9282
20         +EOS CCA,   8201 W. 183RD  STREET,   SUITE J,   TINLEY PARK IL 60487-9249
22         +ERROL STERN, MD,   4600 SMITH ROAD,    CINCINNATI OH 45212-2784
23          FFCC- COLUMBUS,   1550 OLD HENDERSON ROAD, #100,    COLUMBUS OH 43220-3626
24         +FIRST PREMIER BANK,   900 W. DELAWARE,    SIOUX FALLS SD 57104-0337
25         +GOOD SAMARITAN HOSPITAL,    EMERGENCY ROOM,   619 OAK,   CINCINNATI OH 45206-1613
28          HOME EQ SERVICING,   PO BOX 13716,    SACRAMENTO CA 95853-3716
26          HSBC CARD SERVICES,   PO BOX 80084,    SALINAS CA 93912-0084
27          HSBC CARD SERVICES-GOLD MASTERCARD,    PO BOX 5222,   CAROL STREAM IL 60197-5222
29         +JEFFERSON CAPITAL SYSTEM,    16 MCLELAND ROAD,  #400,   SAINT CLOUD MN 56303-2160
1          +JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   PO BOX 7999,   ST CLOUD MN 56302-7999
30         +JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
31         +JEWISH HOSPITAL,   4777 E.GALBRAITH ROAD,    CINCINNATI OH 45236-2814
32         +K. WILLIAM KITZMILLER MD, INC.,    L 6079,   CINCINNATI OH 45270-0001
33          NORTHEAST RADIOLOGY INC,    PO BOX 42468,   CINCINNATI OH 45242-0468
39         +OHIO GI AND LIVER INSTITUTE,    2925 VERNON PLACE,   STE 100,   CINCINNATI OH 45219-2425
35          OHIO HEART AND VASCULAR,    PO BOX 63610,   CINCINNATI OH 45263-6216
36          OHIO TREASURER OF STATE,    PO BOX 165009,   COLUMBUS OH 43216-5009
40         +ORTHOPAEDIC DIAGNOSTIC AND TREATMENT,    PO BOX 636088,   CINCINNATI OH 45263-6088
37          OSU HEALTH SYSTEM ANESTHESIA SERVICES,    PO BOX 711823,   COLUMBUS OH 43271-8123
41          PORTFOLIO ACQUISITIONS LLC,    C/O BECKET AND LEE LLP,   POB 3001,   MALVERN PA 19355-0701
42         +PROFESSIONAL RADIOLOGY, INC.,    3481 CENTRAL PARKWAY,   CINCINNATI OH 45223
43         +RJM ACQUISITION LLC,    575 UNDERHILL BLVD., #224,   SYOSSET NY 11791-4437
45         +SENEX SERVICES,   ERNEST V THOMAS III,    THOMAS & THOMAS 2323 PARK AVE,
             CINCINNATI OH 45206-2711
46          SENEX SERVICES CORP,   PO BOX 90199,    INDIANAPOLIS IN 46290-0199
44          SOUTHERN OHIO PATHOLOGY CONSULTANTS,    PO BOX 632242,   CINCINNATI OH 45263-2242
47          SOUTHERN OHIO RADIOLOGY CONSULTANTS,    PO BOX 632242,   CINCINNATI OH 45263-2242
48         +SWISS COLONY, INC,   1112 7TH AVENUE,    MONROE WI 53566-1364
50         +TERRENCE BAZELEY, ESQ,    13 EAST COURT STREET,   CINCINNATI OH 45202-1143
51          THE CHRIST HOSPITAL,   PO BOX 3475,    TOLEDO OH 43607-0475
49         +TRI STATE URGENT CARE,    PO BOX 76009,   COLD SPRING KY 41076-0009
52          TRIHEALTH,   BETHESDA HOSPITAL,    PATIENT ACCOUNTS 619 OAK ST,   CINCINNATI OH 45206-1690
53         +TRISTATE ORTHOAEDIC TREATMENT,    PO BOX 636088,   CINCINNATI OH 45263-6088
54         +VANGUARD MEDICAL,   2950 ROBERTSON AVENUE, #200,    CINCINNATI OH 45209-1268
55          WELLS FARGO BANK, N.A.,    ATTN: BANKRUPTCY DEPT,   MAC #D3347-014 3476 STATEVIEW BLVD,
             FT MILL SC 29715-0000
3          +WELLS FARGO HOME MORTGAGE,    MAC X7801-014,   3476 STATEVIEW BLVD.,   FORT MILL SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.
NONE.                                                                                        TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2             OHIO STATE UNIVERSITY
34*           NORTHEAST RADIOLOGY INC.,   PO BOX 42468,   CINCINNATI OH 45242-0468
38*           OSU HEALTH SYSTEM ANESTHESIA SERVICES,   PO BOX 711823,   COLUMBUS OH 43271-1823
                                                                               TOTALS: 1, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0648-c          User: 454              Page 2 of 3              Date Rcvd: Apr 16, 2015
                              Form ID: COFPD         Total Noticed: 52
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Apr 17, 2015**     **Signature:**     _Joseph Speetjens_

```
District/off: 0648-c         User: 454                   Page 3 of 3              Date Rcvd: Apr 16, 2015
                             Form ID: COFPD              Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2015 at the address(es) listed below:
```
nef           ASST US TRUSTEE (CIN)   OFFICE OF THE US TRUSTEE
nef           GEORGE A DIERSING JR    600 VINE STREET
nef           MARGARET A BURKS    600 VINE STREET
                                                                                                TOTAL: 3
```